UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM HOWARD | CIVIL ACTION |
| VERSUS | NO. 11-2951 |
| STATE OF LOUISIANA, through the ATTORNEY GENERAL OF LOUISIANA | SECTION "H" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint under 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE**, either as legally frivolous, for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2) because it is barred by the applicable statute of limitations, or under <u>Heck</u>.

New Orleans, Louisiana, this 5th day of January, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE